IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:25-CR-00161-M-RJ-2
CASE NO. 5:25-CR-00161-M-RJ-3
CASE NO. 5:25-CR-00161-M-RJ-4
CASE NO. 5:25-CR-00161-M-RJ-7

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>XIAOJUN MA )<br>   a/k/a "Old Horse" a/k/a "Jack" )<br>CHUNSHAN HAN )<br>   a/k/a "Sunny Ma" )<br>NIEN TING TSAI )<br>   a/k/a "Tom" )<br>DONALD INCE, )<br>)<br>   Defendants. ) | PROTECTIVE ORDER |

To expedite the flow of discovery material between the parties, facilitate the prompt resolution of disputes over confidentiality, and adequately protect information entitled to be kept confidential, the Consent Motion for Protective Order [DE 82] is GRANTED. Pursuant to Federal Rule of Criminal 16(d), and with the agreement of the parties, it is ORDERED:

1. Counsel for the defendants and anyone else directly or indirectly receiving discovery from the Government shall not copy, disclose, or otherwise make available any documents in this case or information from those documents to any person who is not an attorney or staff member of counsel's office who is then working on this case, to someone defense counsel's office is then employing or contracting with to work on this case.

2. Counsel shall not provide the defendants with any copies of discovery in this case or any information contained in that discovery without the permission of an attorney for the Government who is working on this case or further order of this court.

3. Counsel shall not provide any of the above-listed individuals the discovery in this case without their agreement to the terms of this order.

4. Discovery material provided by the United States may be used by counsel for the defendant solely in connection with the preparation, trial, sentencing, direct appeal, and collateral attack of this case and for no other purpose and in connection with no other proceeding. No additional copies of the discovery material shall be made except as necessary for those purposes. Any copies shall be treated in the same manner as the original material.

5. The parties shall comply with all statutes, regulations, and rules pertaining to the disclosure of personal identity information, including Federal Rule of Criminal Procedure 49.1 and the Privacy Act of 1974, 5 U.S.C. § 552a. The parties shall not file personal identity information with, or submit such information to, the court or reproduce such information's contents in any court filing unless the filing is placed under seal, with the court's consent, or otherwise complies with Federal Rule of Criminal Procedure 49.1.

6. This Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

SO ORDERED this 8th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE