IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-00161-M-RJ-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHUNSHAN HAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' Motion for Revocation of Release Order (DE 20). At the Defendant's request, the court vacated the October 6, 2025 hearing on the present motion (*see* DE 77); however, Defendant's request for a seven-day continuance is unworkable given the holiday and previously scheduled criminal matters, including a four-day jury trial, during the week of October 13, 2025.

Accordingly, the court will hear the present motion at the court's next available date, Thursday, **October 23, 2025, at 3:00 p.m.** in Courtroom 1, Wilmington.

SO ORDERED this 8th of October, 2025.

RICHARD E. MYERS II
Chief United States District Judge